# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, SR., | CASE NO. 1:05-CV-00524 REC SMS P |
| Plaintiff, | ORDER DISREGARDING IN FORMA PAUPERIS APPLICATION AND ORDERING PLAINTIFF TO COMPLY WITH ORDER OF MAY 4, 2005 |
| v. | |
| CALIFORNIA CORRECTIONAL INSTITUTION, et al., | (Doc. 5) |
| Defendants. | |

Plaintiff Patrick O. Franklin, Sr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2005, after reviewing plaintiff's application to proceed in forma pauperis filed on April 20, 2005, the court ordered plaintiff to pay the filing fee in full or submit a completed application to proceed in forma pauperis within thirty days. On May 6, 2005, plaintiff filed a second application to proceed in forma pauperis.

Plaintiff's second application to proceed in forma pauperis suffers from the same deficiencies as his first application and is HEREBY DISREGARDED. Plaintiff is required to comply with the court's order of May 5, 2005.

IT IS SO ORDERED.

Dated:   May 16, 2005              /s/ Sandra M. Snyder
i0d3h8                             UNITED STATES MAGISTRATE JUDGE

1