UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, SR., | 1:05-cv-00524-REC-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14), **DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY THE COURT'S ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Docs. 1 and 13) **AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| vs. | |
| CALIFORNIA CORRECTIONAL INSTITUTION, et al., | |
|     Defendants. | |

    Plaintiff Patrick O. Franklin, Sr. ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 17, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings

1

and Recommendations, if any, was to be filed within twenty days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 17, 2006, is ADOPTED IN FULL;

2. This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of February 28, 2006, and for failure to state a claim upon which relief may be granted, and the dismissal shall count as a strike under 28 U.S.C. § 1915(g); and

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

Dated: **May 10, 2006**                    **/s/ Robert E. Coyle**
668554                                     UNITED STATES DISTRICT JUDGE